IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 13 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| FRANZISKA ROESNER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br>            PLAINTIFF,<br><br>V.<br><br>CENTRAL METRO REALTY LLC, DOING BUSINESS AS CENTRAL METRO REALTY,<br>            DEFENDANT. | § § § § § § § § § § § § | CAUSE NO. 1:21-CV-1012-LY |

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On April 12, 2022, the parties filed a Stipulation of Dismissal (Doc. #35) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _13th_ day of April, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE